Opinion issued May 17, 2007

 








 




In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00394-CR

____________


IN RE CLYDE E. JERKINS, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION

 Relator, Clyde E. Jerkins, filed a motion for leave to file and a petition for writ
of mandamus. We deny both the motion and the petition for mandamus.

 First, relator's petition does not meet the requirements of the Texas Rules of
Appellate Procedure. For example, it does not include an appendix, and it does not
certify that a copy was served on respondent. See Tex. R. App. P. 9.5, 52.3(j).

 Moreover, relator has not provided us with a record that shows that he made
any request of respondent to perform a nondiscretionary act that respondent refused. 
Barnes v. State, 832 S.W.2d 424, 426 (Tex. App.--Houston [1st Dist.] 1992, orig.
proceeding).

 The petition for writ of mandamus is denied.

 It is so ORDERED.

PER CURIAM


Panel consists of Justices Nuchia, Hanks, and Bland.

Do not publish. Tex. R. App. P. 47.2(b).